

**LOGS Legal Group LLP**
Attorneys at Law

175 Mile Crossing Boulevard
Rochester, New York 14624
Tel: (585) 247-9000 • Fax: (585) 247-7380

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Regional Partner**
John A. DiCaro (licensed in NY)

**Managing Partner**
Shari S. Barak (licensed in NY)

October 13, 2023

Hon. Nancy Hershey Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

RE:    Lovely Yeasmin
           Chapter 13
           Case Number: 1-22-41997-NHL
           LLG File Number: 10-006005

Dear Judge Lord:

This loss mitigation status letter is submitted on behalf of Wells Fargo Bank, N.A. for HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1, a secured creditor of the above referenced Debtors.

On February 15, 2023 an order was entered for our client to participate in loss mitigation with the Debtor. A financial package was mailed to the Debtor and Debtor's attorney. We have received a financial package from Debtor's Counsel and the same is pending review with our client. Should additional documents be needed, we will be sure to request the same.

If you have any questions, please do not hesitate to contact the undersigned. Thank you

Very truly yours,


  /s/Shari Barak
Shari S. Barak