| R. Ariel Poltielov, Esq. | **POLTIELOV & HABIB, LLP** | 118-21 Queens Blvd. Suite 603 |
|---|---|---|
| Ehsanul Habib, Esq. | ATTORNEYS & COUNSELORS AT LAW | Forest Hills, NY 11375 |
| | | Tel: 718-520-0085 |
| | | Fax: 718-520-0155 |
| www.ForeclosureBankruptcyLawyers.com | | Ariel@FBLawyersNY.com |

**September 3, 2024**

VIA ECF
Chamber of the Honorable Nancy Hershey Lord
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Debtor:    Lovely Yeasmin
           Case No.   22-41997
           Papers:    Loss Mitigation Status Letter
           Hearing:   September 04, 2024 at 11 AM

Honorable Madam:

    Due to my absence from New York, I was not able to submit this letter in a timely manner as I was in Bangladesh to be with my hospitalized mother for the past week. Because of her health condition I had to make two trips in July and August that caused a delay in submitting missing documents to the secured creditor.

    On August 29, 2024, the law office sent over a missing document letter to the secured creditor.

    On March 23, 2024, the debtor submitted a complete package with all three contributors' financial contribution form, pay-stubs, filled out **4506-C** form and profit and loss statement for the business owned by one of the contributors with proof of ability to pay $400,000 as lumpsum payment upon modification (**Exhibit A**).

    On May 11, 2024, the debtor submitted a series of documents along with bank statements for contributors' Sogir Ahmed for February and March 2024 and Anik Ahmed for February 2024 (**Exhibit B**).

    On July 22, 2024, the debtor provided a bank statement for February 2024 for contributor for Sogir Ahmed for the second time. Additionally, the debtor submitted bank statement for April for contributor Anik Ahmed and profit and loss statement through June 2024, for the business owned by the contributor Luvna Yeasmin and not provided an explanation for not having 2023 tax returns for the business (**Exhibit C**).

    On August 29, 2024, in response to secured creditor's missing document letter, for the third time debtor provided same bank statement for contributor Sogir Ahmed. The bank statement for Sogir Ahmed submitted on July 22, 2024, shows on the top of the statement that it has only two pages, however, secured creditor keeps asking for all pages of the February bank statement. Contributor Anik Ahmed provided 4506-C on March 23, 2024, however, secured creditor asked for the same document again. Same with the tax returns for the business owned by contributor Luvna Yeasmin. Even after providing profit and loss

statement through June 2024 and an explanation that the corporation has requested for an extension until September 2024, secured creditor keeps asking for 2023 tax returns for the business.

    Apparently, after submission of each package or response to missing documents letter, secured creditor comes up with another missing document letter for documents provided earlier.

Thanking you for your consideration with this matter.

Very truly yours,<br>
**POLTIELOV & HABIB LLP**<br>
<br>
Ehsanul Habib, Esq.